```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

SONYA NICHOLSON, o/b/o A.R.,        *
                                    *
    Plaintiff,                     *
                                    *
vs.                                 *     CIVIL ACTION 11-00004-WS-B
                                    *
MICHAEL J. ASTRUE,                  *
Commissioner of Social Security,    *
                                    *
    Defendant.                     *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 15, 2012, is **ADOPTED** as the Opinion of this Court.

    **DONE** and **ORDERED** this the 10th day of April, 2012.

                                  s/WILLIAM H. STEELE
                                  **CHIEF UNITED STATES DISTRICT JUDGE**