IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SONYA NICHOLSON, o/b/o A.R., | |
| Plaintiff, | |
| vs. | CIVIL ACTION 11-00004-WS-B |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits, be **AFFIRMED.**

**DONE** and **ORDERED** this the 10th day of April, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE